Reset Form    Print Form

Revised 12/20/11 (CP)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CRIMINAL DESIGNATION FORM (To be completed by the U.S. Attorney)

CRIMINAL CATEGORY:
1. [X] General Criminal Felony
2. [ ] All Misdemeanor, Minor, and Petty Offenses

OFFENSE(S) CHARGED:

Title and Section: 18 USC § 371; 18 USC § 1344 and 2

Description of Offense: Conspiracy in connection with identity documents; Bank fraud

Statutory Penalty: § 371: 5 yr. prison/3 yr. SR/$250,000 fine; § 1344 and 2 30 yr. prison/5 yr. SR/$2,000,000

*FILED 2012 MAY -9 AM 11:44*

*1:12CR241 JUDGE ADAMS MAG. JUDGE BURKE*

THE UNITED STATES ATTORNEY CERTIFIES:

[ ] This superseding indictment or superseding information supersedes and supplants the entire previously filed indictment or information.

[ ] This supplemental information adds a count or counts for a defendant (or defendants) in a previously filed indictment or information.

THE SUPERSEDING INDICTMENT, SUPERSEDING INFORMATION OR SUPPLEMENTAL INFORMATION TO BE DIRECTLY ASSIGNED TO THE SAME JUDGE

Case No [ ]    Judicial Officer [ ]

This is a related case in that:
[ ] This indictment is returned against a defendant(s) who is pending trial or sentencing or is on probation or supervised release (Judge and Case No. below), and this new case involves only the said defendant(s); OR
[ ] This criminal prosecution arises out of the same criminal transaction or series of criminal transactions as are charged in

Case No [ ]    Judicial Officer [ ]

Other Information:

NOTE: This case should not be assigned to Magistrate Judge Greg White, having been opened by the USAO prior to 3/1/2008.

(THIS RELATED CASE IS TO BE FILED BY RANDOM DRAW, AFTER WHICH REASSIGNMENT PURSUANT TO LCrR 57.9 MAY BE SOUGHT.)

**PREVIOUSLY FILED CRIMINAL CAUSE, IF ANY (INCLUDING COMPLAINTS)**

CASE NO. [ ]    Judicial Officer [ ]

COUNTY THAT CONTROLS AS TO THE LOCATION OF COURT WHERE THIS CASE IS BEING FILED:

COUNTY: Cuyahoga    (CHECK ONE) [ ] 1. DEFENDANT'S RESIDENCE  [X] 2. SITUS OF ALLEGED CRIME  [ ] 3. OTHER

NAME AND ADDRESS OF DEFENDANT(S) AND DEFENSE ATTORNEY(S)

Custody: [ ] State or Local  [ ] Federal  [ ] Writ Required

Defendant(s):
Name: *See attachment
Address:
City, Zip:
Telephone:

Attorney(s):
Name: *See attachment
Address:
City, Zip:
Telephone:
E-Mail:

Assistant US Attorney: Mark S. Bennett    Asset/Forfeiture handled by: N/A

Date: 5/9/2012    Telephone: (216) 622-3878

Attachment to designation sheet
U.S. v. RONALD BURRELL, et al.

| Defendants | Attorneys |
|---|---|
| 1. **Ronald Burrell**<br>1950 Hanover Drive<br>Cleveland, Ohio 44112<br>Telephone: Unknown | Unknown |
| 2. **Crystal Kelly**<br>2186 West Boulevard<br>Cleveland, Ohio 44102<br>Telephone: Unknown | Unknown |
| 3. **Nicole T. Bakker**<br>477 Gladstone Drive<br>Brunswick, Ohio 44212<br>Telephone: Unknown | Unknown |
| 4. **Jer'me Franklin**<br>14416 Superior Avenue<br>Cleveland, Ohio 44118<br>Telephone: Unknown | Unknown |
| 5. **Hoover White**<br>1069 East 147th Street<br>Cleveland, Ohio 44110<br>Telephone: Unknown | Unknown |
| 6. **James C. Myers**<br>24882 Hall Drive<br>Westlake, Ohio 44145<br>Telephone: Unknown | Unknown |
| 7. **Raymond Litvin**<br>3145 West 30th Street<br>Cleveland, Ohio 44109<br>Telephone: Unknown | Unknown |
| 8. **Duran Brown**<br>1479 South Noble Road<br>Cleveland, Ohio 44121<br>Telephone: Unknown | Unknown |
| 9. **Marc H. Wilson**<br>4064 East 176th Street<br>Cleveland, Ohio 44128<br>Telephone: Unknown | Unknown |

Attachment to designation sheet
U.S. v. RONALD BURRELL, et al.

| | |
|---|---|
| 10. **Montresse N. Parham**<br>3241 East 154th Street<br>Cleveland, Ohio 44120<br>Telephone: Unknown | Unknown |
| 11. **Vernon L. DuBose**<br>19500 Holiday Lane<br>Warrensville Heights, Ohio 44122<br>Telephone: Unknown | Unknown |
| 12. **Wesley Walker, III**<br>938 Kingwood Drive, Apt. #624<br>Kingwood, Texas 77339<br>Telephone: Unknown | Unknown |

United States v. Ronald Burrell, et al.

**1:12CR241**

A TRUE BILL.

*Megan E Willo*
FOREPERSON

CAROLE S. RENDON
First Assistant United States Attorney

By: *Carole S. Rendon*

CAROLE S. RENDON
First Assistant United States Attorney

18