# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | JUDGE JOHN R. ADAMS |
| Plaintiff, | } | |
| vs. | } | NO. 1:12CR241 |
| | } | |
| Jer'Me Franklin | } | |
| | } | |
| | } | |
| Defendant. | } | **N O T I C E** |
| | } | |

TAKE NOTICE to appear for a REVOCATION PROCEEDING of SUPERVISED RELEASE scheduled for <u>August 6, 2018 at 11:00 a.m.</u>, Courtroom 575, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio, before the Honorable John R. Adams, United States District Judge.

**DATE : July 20, 2018**

                                          **SANDY OPACICH**
                                                **Clerk**


                      **By**     *s*/**Christin M. Kestner**
                                   **Courtroom Clerk to the**
                                   **Honorable John R. Adams**
                                   **(330) 252-6070**